NO. 07-06-0095-CR
NO. 07-06-0096-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

APRIL 12, 2006
_____

JACKIE KAY RIGDON,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NOS. 17,485-A & 17,486-A; HON. HAL MINER, PRESIDING
_____

*Order of Dismissal*
_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

Appellant, Jackie Kay Rigdon, appeals his convictions for theft over $20,000 but less than $100,000 in cause number 17,485-A and for evading detention in cause number 17,486-A. The certifications of appeal executed by the trial court disclose that appellant does not have a right to appeal in either case due to his waiver of same as part of a plea bargain. The trial court having so certified, we must dismiss the appeals. *See* TEX. R. APP.

P. 25.2(d) (requiring that the appeal be dismissed if a certification that shows that the defendant has a right to appeal has not been made part of the record).

Accordingly, these appeals are dismissed.


Brian Quinn
Chief Justice


Do not publish.